**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **BOULAYE MARINE TOWING, L.L.C.**<br>**Plaintiff,**<br><br>**VERSUS**<br><br>**GENESIS MARINE, LLC**<br>**Defendant** | **CIVIL ACTION NO. 15-2614**<br><br>**JUDGE**<br><br>**MAGISTRATE**<br><br>**RULE 9(h) - ADMIRALTY** |

**COMPLAINT FOR DAMAGES**

**NOW INTO COURT,** through undersigned counsel, comes Boulaye Marine Towing, L.L.C. ("Boulaye Marine"), and for its original Complaint for Damages, respectfully alleges and avers upon information and belief as follows:

1.

This claim arises from a maritime collision on the navigable waters of the United States of America and jurisdiction is proper under the general maritime law of the United States, 28 U.S.C. § 1333(1).

2.

This is an admiralty or maritime claim within the meaning of Federal Rule of Civil Procedure 9(h).

3.

Venue is proper in this Court under 28 U.S.C. § 1391 because a substantial part of the events giving rise to this matter occurred within the judicial district of this Honorable Court, and/or the defendant resides within this judicial district.

4.

At all material times, plaintiff, Boulaye Marine Towing, L.L.C. was, and now is, a limited liability company organized and existing under and by virtue of the laws of the State of Louisiana, and was at all times hereinafter mentioned, the operator of the M/V MISS KAITLYN.

5.

Upon information and belief, at all times material hereto, Genesis Marine, LLC was a limited liability corporation duly organized and existing pursuant to and by virtue of the laws of the State of Delaware, and was the owner and operator of the M/V BRIAN LEE TESTE.

6.

On or about November 8, 2014, at approximately 12:15 a.m., the M/V MISS KAITLYN was transiting through the Little Tensas Bayou, pushing a tow of barges, and the M/V BRIAN LEE TESTE was also transiting through the Little Tensas Bayou, pushing a tow of barges.

7.

As the M/V MISS KAITLYN and the M/V BRIAN LEE TESTE approached each other on the Little Tensas Bayou, the M/V BRIAN LEE TESTE failed to make and/or adhere to a passing arrangement with the M/V MISS KAITLYN and further failed to stay to its side of the bayou to safely pass the M/V MISS KAITLYN. As a result of the M/V BRIAN LEE TESTE's negligent failure to make and/or adhere to a passing arrangement and failure to safely stay to its side of the bayou, the MISS KAITLYN was caused to make contact with a barge which was then pushed into

the FAS Environmental Services, LLC's floating dock located at Pierre Part, in St. Martin Parish, State of Louisiana, causing damage to the FAS Environmental Services' floating dock and vessels moored to the floating dock, including the M/V LIL O, a vessel owned and operated by Gros Rentals, L.L.C.

8.

The M/V BRIAN LEE TESTE failed to adhere to the Inland Rules of the Road and other applicable navigation regulations and further "embarrassed the navigation of the M/V MISS KAITLYN."

9.

As a result of the collision, the M/V MISS KAITLYN sustained damages and Boulaye Marine sustained further damages, including survey expenses, crew drug testing expenses, and damages to its tow.

10.

Further, as a result of the collision, the FAS Environmental Services' floating dock and vessels moored in the floating dock, including the M/V LIL O, a vessel owned and operated by Gros Rentals, L.L.C., sustained significant damage, for which demand has been made by the vessel owners upon Boulaye Marine to satisfy repair expenses, survey expenses, and additional economic losses.

11.

Boulaye Marine is entitled to contribution and/or indemnity from Genesis Marine, LLC for the sums for which Boulaye Marine, while at all times denying any fault, is required to pay or pays in settlement to the owners of the damaged vessels and to any and all other parties or entities for any other alleged claims.

12.

At all material times, Boulaye Marine exercised due diligence to make and keep the M/V MISS KAITLYN in all respects properly operational and seaworthy, and all damages arising from the incident occurred without the fault or responsibility of Boulaye Marine.

13.

The collision at issue and the damages sustained by Boulaye Marine, were not caused by or contributed to by and fault or neglect on the part of Boulaye Marine, nor on the part of the M/V MISS KAITLYN, or fault, neglect of its equipment or by anyone for whom Boulaye Marine may be responsible.

14.

The collision at issue was caused by the negligence, fault, violation of the Inland Rules of Navigation, and statutory violations of Genesis Marine, LLC, or of persons for whom Genesis Marine, LLC is responsible, or alternatively and concurrently of the M/V BRIAN LEE TESTE, including the unseaworthiness of this vessel, all as will be more fully shown at the trial of this cause.

15.

As a result of the negligence or other fault of Genesis Marine, LLC or the unseaworthiness of the M/V BRIAN LEE TESTE, Genesis Marine, LLC is liable for the damages incurred by Boulaye Marine.

16.

The collision at issue was caused in whole or in part by the acts or omissions of Genesis Marine, LLC and the M/V BRIAN LEE TESTE, which acts or omissions constitute negligence, unseaworthiness, or other fault under the law.

**WHEREFORE**, the premises considered, Boulaye Marine, asserts its Complaint for Damages against Genesis Marine, LLC, and prays for recovery of all of its damages or such other amounts as may be proved herein, plus interest, costs, attorneys' fees, and all other and further relief as equity and justice that the cause may require and permit.

Respectfully submitted,

*/s/ Salvador J. Pusateri*

Salvador J. Pusateri, T.A. (#21036)
Aaron B. Greenbaum (#31752)
PUSATERI, BARRIOS, GUILLOT & GREENBAUM
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Salvador.Pusateri@pbgglaw.com
Aaron.Greenbaum@pbgglaw.com
**ATTORNEYS FOR BOULAYE MARINE, LLC**